Before STATE INDUSTRIAL BOARD, Respondent. THEODORE LA RUE, Respond-

* Added by Laws of 1923, chap. 572.— [REP.

ent, v. SAMUEL A. GREEN, Transacting Business under the Firm Name of SUBWAY ROOFING Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.